JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL L. HAAG,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br>Defendant. | ) CASE NO. CV 08-02205 MMM (JTLx)<br>)<br>)<br>)<br>) JUDGMENT FOR DEFENDANT<br>)<br>)<br>)<br>)<br>) |

On May 14, 2009, the court granted defendant Michael Astrue's motion to dismiss *pro se* plaintiff Russell Haag's amended complaint.   Specifically, the court dismissed Haag's discrimination, constructive discharge, and failure to re-employ claims without leave to amend for failure to exhaust administrative remedies.   The court dismissed Haag's email blocking claim with leave to amend.   Haag, however, did not timely file an amended complaint and indicated an intention to appeal.   As a consequence, the court issued an order dismissing Haag's email blocking claim with prejudice for failure to state a claim upon which relief could be granted.   Accordingly,

IT IS ORDERED AND ADJUDGED that

1.   Haag take nothing by way of this action;

2.   That Haag's discrimination, constructive discharge, and failure to re-employ claims are dismissed without prejudice for failure to exhaust administrative remedies; and

3.   That Haag's email blocking claim is dismissed with prejudice for failure to

state a claim upon which relief can be granted.

DATED: June 26, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2